bursements.   No opinion.   Clarke, P. J., Scott, Smith, Page and Smith, JJ.

TRI-BULLION SMELTING AND DEVELOPMENT COMPANY, Respondent, v. ELLIS P. EARLE, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

TRI-BULLION SMELTING AND DEVELOPMENT COMPANY, Respondent, v. ALLEN CURTIS, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and answer on payment of costs.   No opinion.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

CHARLOTTE SPRINGER, Respondent, v. HENRY J. DUVEEN and Others, Composing the Firm of DUVEEN BROTHERS, Appellants.— Orders affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and answer on payment of costs.   No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

CHARLOTTE SPRINGER, Respondent, v. HENRY J. DUVEEN and Others, Composing the Firm of DUVEEN BROTHERS, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AMELIA LE GRAND.— Motion granted.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN DE GEORGE.— Motion granted, unless appellant complies with terms of order.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

SANTO OSTILO v. LEHIGH AND NEW ENGLAND RAILROAD COMPANY.— Motion granted, with ten dollars costs.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ABRAHAM B. SAMUELSON v. DAVID V. PICKER.— Motion granted, with ten dollars costs.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JOSEPHINE BISCHOFF v. YORKVILLE BANK.— Application denied, with ten dollars costs.   Order signed.   Motion for stay denied, with ten dollars costs.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JACOB ZAHLER v. SAUL W. MANN and Another.— Application granted. Order signed.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

PASQUALE IMPERATO v. POHL - ABBOTT COMPANY.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JOSEPH LEFF v. SECURITY BANK.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

MARK WOLFF v. JOSEPH ROGINSKY.— Application denied, with ten dollars costs.   Order signed.   Motion for stay denied, with ten dollars costs.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ

DORMAN L. ORMSBY v. HILLTOP AUTOMOBILE STATION.— Application for leave to appeal and motion for stay granted on condition that a stipula-